UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLUMBIA RIVER MINING SUPPLIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COLTER YOUNG CONSULTING & DESIGN, COLTER YOUNG CONSULTING LLC, and COLTER YOUNG,<br><br>    Defendants. | Case No. 1:20-CV-00384-JCG<br><br>**ORDER** |

Upon consideration of the status conference held on September 15, 2023 (Dkt. 105), and all other papers and proceedings in this action, it is hereby

**ORDERED** that this action shall proceed according to the following schedule:

1. <u>Trial Date</u>: A 4-day trial shall be set for April 9, 2024 at 9:00 AM Mountain Time in the Federal Courthouse in Boise, Idaho.  It is anticipated that trial shall end by April 12, 2024;

2. <u>Pretrial Conference</u>: A pretrial conference shall be held virtually on Thursday, March 7, 2024 at 11:00 AM Mountain Time (1:00 PM Eastern Time).  The purpose of the conference is to discuss and resolve (1) the legal issues remaining in the case; (2) evidentiary issues; (3) trial logistics; and (4) any other matter pertaining to the trial.  Not less than twenty days prior to the date of the pretrial conference, the Parties shall communicate and reach agreement on as many items as possible.  The Parties shall be prepared to discuss with the Court those items over which counsel disagree.

**ORDER - 1**

    Information for participating in the conference using Microsoft Teams will be provided to the Parties in advance of the conference;

3. <u>Mediation</u>: The Parties have advised that they are continuing settlement efforts through mediation.  The Parties shall complete and advise the Court of the outcome of mediation and whether the case will go to trial on or before December 15, 2023;

4. <u>Exhibit Lists, Exhibits, and Lists of Witnesses</u>: All exhibit lists and lists of witnesses shall be filed with the Court on or before February 9, 2024.  The Parties must agree on a date to meet and exchange exhibits and discuss stipulations prior to submitting exhibit lists to the Court.  The witness lists shall contain the material listed in F.R.C.P. 26(a)(3)(A) & (B), and shall include a full summary, not just the subject, of the witnesses' expected testimony.  On the same date, the Parties shall exchange all trial exhibits.  Counsel shall provide the Court with a set of original pre-marked exhibits and a courtesy copy of all exhibits at trial.  The exhibit lists shall follow the guidelines set out in Local Rule 16.3(f) to the extent it is not inconsistent with this Order.  The exhibit lists shall be prepared on the form provided by the Deputy Clerk, with sufficient copies for the Judge, the Deputy Clerk, and the Law Clerk.  Exhibit numbers 1 through 999 shall be reserved for joint exhibits; exhibit numbers 1000 through 1999 shall be reserved for Plaintiff's exhibits; and exhibit numbers 2000 through 2999 shall be reserved for Defendants' exhibits.  Counsel shall review their exhibits, determine any duplication, and jointly mark and stipulate to the admission of those exhibits that both sides intend to offer and rely upon;

5. <u>Proposed Voir Dire, Proposed Jury Instructions, Proposed Jury Verdict Form, Motions in Limine, and Trial Memoranda</u>: All proposed voir dire, proposed jury

**ORDER - 2**

instructions, proposed jury forms, and trial memoranda shall be filed with the Court on or before February 16, 2024.  Each Party may file a response to the trial memorandum by February 23, 2024.  The proposed jury instructions shall follow the guidelines set out in Local Rule 51.1 to the extent it is not inconsistent with this Order.  Any motions in limine (to include Daubert motions) shall be filed with the Court on or before February 9, 2024.  Responses to motions in limine, if any, must be filed by February 16, 2024.

DATED: September 29, 2023

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**ORDER - 3**