UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLUMBIA RIVER MINING SUPPLIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COLTER YOUNG CONSULTING & DESIGN, COLTER YOUNG CONSULTING LLC, and COLTER YOUNG,<br><br>    Defendants. | Case No. 1:20-CV-00384-JCG<br><br>**ORDER** |

   Upon consideration of the Parties' Stipulation of Dismissal with Prejudice (Dkt. 115), and all other papers and proceedings in this action, it is hereby

   **ORDERED** that this case is dismissed with prejudice; and it is further

   **ORDERED** that each Party shall bear its own costs and attorneys' fees.

                                                                DATED: June 5, 2024

                                                                /s/ Jennifer Choe-Groves
                                                                Jennifer Choe-Groves
                                                                U.S. District Court Judge*

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**ORDER - 1**